```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


J OR J PROPERTIES, also     )
known as J & J Properties,  )
LLC,                        )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      2:24cv785-MHT
                            )          (WO)
CAROLYN D. GLENN,           )
                            )
     Defendant.             )
```

OPINION AND ORDER REMANDING CASE

Plaintiff filed a complaint for ejectment against defendant in an Alabama state court. After the state court entered a writ of restitution or possession for the subject property, defendant removed this case to federal court asserting federal-question jurisdiction and based on the alleged violation of her constitutional rights. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the case be remanded to state court for lack of subject-matter jurisdiction. Also

before the court are defendant's objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

***

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The objections (Doc. 19) are overruled.

(2) The magistrate judge's recommendation (Doc. 15) is adopted.

(3) Plaintiff's motion to dismiss (Doc. 17) and motion to remand (Doc. 18) are denied as moot.

(4) Pursuant to 28 U.S.C. § 1447(c), this cause is remanded to the Circuit Court of Montgomery County, Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

**This case is closed in this court.**

**DONE, this the 19th day of March, 2025.**

                                 **/s/ Myron H. Thompson**
                           **UNITED STATES DISTRICT JUDGE**