IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| J OR J PROPERTIES, also known as J & J Properties, LLC,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>CAROLYN D. GLENN,  )<br>)<br>Defendant.  ) | CIVIL ACTION NO.<br>2:24cv785-MHT<br>(WO) |

ORDER

Upon consideration of the motion to reconsider the court's opinion and order remanding this case to state court for lack of subject-matter jurisdiction, it is ORDERED that the motion to reconsider (Doc. 21) is denied.  This court lacks jurisdiction to reconsider its remand order.  *See* 28 U.S.C. § 1447(d) ("An order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise ...."); *Bender v. Mazda Motor Corp.*, 657 F.3d 1200, 1203 (11th Cir. 2011).

Because this court lacks jurisdiction over this case, it is further ORDERED that all other motions included in the motion to reconsider (Doc. 21) are denied.

This case remains closed in this court.

DONE, this the 8th day of April, 2025.

                        /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE