IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| J OR J PROPERTIES, also ) <br> known as J & J Properties, ) <br> LLC, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> CAROLYN D. GLENN, ) <br> ) <br>     Defendant. ) | CIVIL ACTION NO. <br> 2:24cv785-MHT <br> (WO) |

### ORDER

This cause is now before the court on defendant Carolyn D. Glenn's motion to proceed on appeal in forma pauperis (Doc. 24).

28 U.S.C. § 1915(a) provides that, "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." In making this determination as to good faith, a court must use an objective standard, such as whether the appeal is "frivolous," *Coppedge v. United States*, 369 U.S. 438, 445 (1962), or "has no substantive

merit." *United States v. Bottoson*, 644 F.2d 1174, 1176 (5th Cir. Unit B May 15, 1981) (per curiam); *see also Rudolph v. Allen*, 666 F.2d 519, 520 (11th Cir. 1982) (per curiam); *Morris v. Ross*, 663 F.2d 1032 (11th Cir. 1981).  Applying this standard, this court is of the opinion, for the reasons stated in the recommendation of the United States Magistrate Judge (Doc. 15), that there is no basis for federal subject-matter jurisdiction in this case.  The defendant's appeal therefore has no substantive merit, is frivolous, and is not taken in good faith.  *See, e.g., Rudolph v. Allen*, *supra*; *Brown v. Pena*, 441 F. Supp. 1382 (S.D. Fla. 1977), *aff'd without opinion*, 589 F.2d 1113 (5th Cir. 1979).

***

Accordingly, it is ORDERED that defendant Carolyn D. Glenn's motion to proceed on appeal in forma pauperis is denied; and that the appeal in this cause is certified, pursuant to 28 U.S.C. § 1915(a), as not

2

taken in good faith.

DONE, this the 14th day of April, 2025.

                                /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE