IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
J OR J PROPERTIES, also    )
known as J & J Properties, )
LLC,                       )
                           )
    Plaintiff,             )
                           )    CIVIL ACTION NO.
    v.                     )      2:24cv785-MHT
                           )           (WO)
CAROLYN D. GLENN,          )
                           )
    Defendant.             )
```

**ORDER**

It is ORDERED that the motion for a stay of execution and motion to set aside the eviction order (Doc. 26) are denied.  The court lacks jurisdiction over this case and therefore has no authority to grant the requested relief.

DONE, this the 14th day of April, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**